3:21-mj-00123

| | |
|---|---|
| DISTRICT OF OREGON ) | |
| ) ss. | AFFIDAVIT OF ADAM OTTE |
| COUNTY OF MULTNOMAH ) | |

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Adam Otte, being first duly sworn, hereby depose and state as follows:

**Introduction and Agent Background**

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7). I am currently employed as a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice, and have been so employed since 2004. In that capacity, I investigate violations of the Controlled Substances Act, Title 21, United States Code, Section 801, et. seq. Until September 2012, I was assigned to the Seattle Field Division Office. In September 2012, I was assigned to the Salem, Oregon Resident Office. I have completed sixteen (16) weeks of DEA Basic Agent training at the Justice Training Center in Quantico, Virginia. I am familiar with investigations of drug trafficking organizations, methods of importation and distribution of controlled substances, and financial investigations. I have been a case agent on multiple investigations involving organizations trafficking several controlled substances to include marijuana, cocaine, heroin, methamphetamine and MDMA. I have been the lead case agent or a co-case agent on several wiretap investigations as well as numerous other investigations. In each of these investigations, I have participated in directing the course of the investigation. These investigations have resulted in the seizure of controlled substances as well as millions of dollars of United States currency and the federal prosecution of more than 100 defendants.

/ / / /

/ / / /

**Affidavit of DEA Special Agent Adam Otte**                                                                                              Page 1

**Purpose of Affidavit**

2.  This affidavit is submitted to support a criminal complaint and arrest warrant for Shane Jay Anderson, Caucasian male, date of birth xx/xx/1979 (hereinafter "ANDERSON"), for possession with intent to distribute methamphetamine and conspiracy to distribute methamphetamine in violation of Title 21 United States Code, Sections 841(a)(1) and 846.

3.  I have obtained the facts set forth in this affidavit through my personal participation in the investigation described below; from oral and written reports of other law enforcement officers; and, from records, documents and other evidence obtained during this investigation. I have obtained and read official reports prepared by law enforcement officers participating in this investigation and in other related investigations.

**Statement of Probable Cause**

4.  On June 5, 2021, United States Magistrate Judge Jolie A. Russo, District of Oregon, signed search warrants (21-MC-649) for the residence located at 5 SE Martin Luther King Jr. Blvd., Portland, Oregon Apt. 805 ("Apt. 805") and a 2010 Audi A4 with Vehicle Identification Number (VIN) WAUWFAFL1AA123041 (the "black Audi"). This is the primary residence and vehicle of ANDERSON. ANDERSON shared this residence with a female.

5.  In the early morning of June 8, 2021, Portland Police Bureau (PPB) arrested ANDERSON on charges unrelated to drug trafficking and he was lodged in the Multnomah County jail.

6.  Later in the morning on June 8, 2021, officers executed the search warrant at Apt. 805. No occupants were present at the time of the execution of the warrant. During a search of the residence, officers located approximately 1 ½ kilograms of suspected methamphetamine along with approximately $5,400 United States currency. I later performed a field test on the

**Affidavit of DEA Special Agent Adam Otte**                                                                 Page 2

suspected methamphetamine which provided a presumptive positive result for the presence of methamphetamine.

7.      While officers were executing the warrant, ANDERSON was released from custody at the Multnomah County jail.  At approximately 11:10 a.m., officers located ANDERSON in the lobby of his apartment complex at 5 SE Martin Luther King Jr. Blvd.  Officers took ANDERSON into custody at that time.

8.      Following his arrest, I read ANDERSON his *Miranda* rights as witnessed by MCSO Det. Read.  ANDERSON agreed to speak with officers.  I explained to ANDERSON that officers had executed a search warrant at his apartment and I asked ANDERSON what he had in the apartment.  ANDERSON explained that he did not know what it was and that he was holding onto it for a friend who was out of state.  ANDERSON explained that someone was supposed to come by to pick it up (referring to the methamphetamine).  I explained to ANDERSON that I did not believe he was being truthful and discontinued questioning at that time.

9.      Officers subsequently executed the search warrant on the black Audi.  Pursuant to this search, officers located approximately 60 blue tablets suspected to contain fentanyl (no field test performed) along with approximately $4,700 United States currency.  The tablets and the money were located in a bag inside the passenger compartment.

## Conclusion

10.     Based on the foregoing, I have probable cause to believe, and I do believe, that the crimes of possession with intent to distribute methamphetamine and conspiracy to distribute methamphetamine in violation of Title 21 United States Code, Sections 841(a)(1) and 846 have been committed by Shane Jay Anderson.

**Affidavit of DEA Special Agent Adam Otte**                                                                                   **Page 3**

11. Prior to being submitted to the Court, this affidavit, accompanying criminal complaint, and arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Ashley Cadotte for the District of Oregon.  AUSA Cadotte advised me that in her opinion the affidavit and criminal complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

/s/ Adam Otte
ADAM OTTE
Special Agent, Drug Enforcement Administration

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  8:43  a.m/p.m. on   9th    day of June, 2021.

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge